## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MICHAEL WADE,**
**ADC #151652**                                                                                    **PLAINTIFF**

**V.**                                        **1:12-cv-00136-KGB-JTK**

**JOHN MAPLES, et al.**                                                            **DEFENDANTS**

### ORDER

The Court has received  proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's Complaint against defendants is DISMISSED for failure to state a claim.

2.      Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3.      The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 4th day of February, 2013.


_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE