IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL WADE,
ADC #151652                                                                                           PLAINTIFF

V.                                    1:12-cv-00136-KGB-JTK

JOHN MAPLES, et al.                                                                              DEFENDANTS

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim upon which relief may be granted. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 4th day of February, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE